UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 20-20029

v.

                              HON. DENISE PAGE HOOD

LARRY LEDFORD D-6,

        Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

      On December 18, 2023, United States Magistrate Judge Kimberly G. Altman conducted a plea hearing with Defendant Larry Ledford's consent.  The Magistrate Judge thereafter issued a Report and Recommendation recommending that this Court accept Defendant's plea of guilty.  To date, no party has filed an Objection to the Report and Recommendation, and the time to file such has passed.  As such, any right to appeal is waived as to the Magistrate Judge's findings that Defendant was competent to enter a plea and that the plea was entered knowingly, intelligently, voluntarily, without coercion, and with a basis in fact. See FED. R. CRIM . P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

      Accordingly,

      IT IS ORDERED that Magistrate Judge Kimberly G. Altman's Report and

Recommendation (ECF No. 104) is ACCEPTED and ADOPTED as this Court's findings.

IT IS FURTHER ORDERED that Defendant's plea of guilty and the Rule 11 Plea Agreement are ACCEPTED.

                                                s/Denise Page Hood
                                                DENISE PAGE HOOD
                                                United States District Judge

DATED: March 26, 2024